UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CRAIG CONYERS

    Plaintiff,

vs.

LUDWIG'S AUTO SALES, LLC
PAULA ANTONUCCI D/B/A
LUDWIGS AUTO SALES

SOURCE ONE FINANCIAL CORP.

CIVIL ACTION NO.
303CV00446AVC

January 6, 2004

## APPEARANCE

Please enter the appearance of Attorney Alfred J. Zullo for the Defendant, Paula Antonucci dba Ludwig's Auto Sales, in the above action.

    THE DEFENDANT
    PAULA ANTONUCCI dba LUDWIG'S AUTO SALES

    BY_____
    ALFRED J. ZULLO
    The Law Offices of Zullo, Couto & Jacks, LLC
    83 Main Street
    P.O. Box 120748 East Haven, CT 06512
    Federal Juris No.: CT05322
    Juris No. 419171
    Telephone: 203-467-1411

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid this day to the following:

Michael W. Kennedy
101 West Main Street
Branford, CT 06405

_____
Alfred J. Zullo
Commissioner of the Superior Court