UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CRAIG CONYERS

    Plaintiff,

vs.

LUDWIG'S AUTO SALES, LLC
PAULA ANTONUCCI D/B/A
LUDWIGS AUTO SALES

SOURCE ONE FINANCIAL CORP.

    Defendants.

CIVIL ACTION NO.
303CV00446AVC

January 6, 2004

## DEFENDANT PAULA ANTONUCCI D/B/A
## LUDWIGS AUTO SALES ANSWER TO PLAINTIFF'S COMPLAINT

1. The Defendant has insufficient knowledge and leaves the Plaintiff to his proof;

2. Admitted;

3. Admitted;

4. Admitted;

5. Admitted;

6. Defendant admits that Defendant Source One is the owner of the retail installment contract and has insufficient knowledge as to the remaining allegations and leaves the Plaintiff to his proof;

7. Denied;

8. Denied;

10. Denied;

11. Denied;

12. Denied.

**BY WAY OF ANSWER TO SECOND COUNT**

13. Admitted;

14. Denied;

15. Denied;

16. Denied;

**BY WAY OF ANSWER TO THIRD COUNT**

17. Admitted;

18. Denied;

19. Denied.

                THE DEFENDANT
                PAULA ANTONUCCI dba LUDWIG'S AUTO SALES

                BY_____
                ALFRED J. ZULLO
                The Law Offices of Zullo, Couto & Jacks, LLC
                83 Main Street
                P.O. Box 120748 East Haven, CT 06512
                Federal Juris No.: CT05322
                Juris No.: 419171
                Telephone: 203-467-1411

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid this day to the following:

Michael W. Kennedy
101 West Main Street
Branford, CT 06405

_____
Alfred J. Zullo
Commissioner of the Superior Court