# United States District Court

DISTRICT OF __CONNECTICUT__

CRAIG CONYERS

V.

LUDWIG'S AUTO SALES, LLC

PAULA ANTONUCCI D/B/A
LUDWIGS AUTO SALES

SOURCE ONE FINANCIAL CORP.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:03CV446(AVC)

TO: (Name and address of defendant)

PAULA ANTONUCCI D/B/A         SOURCE ONE FINANCIAL CORP.    LUDWIG'S AUTO SALES, LLC
LUDWIGS AUTO SALES            183 R WASHINGTON STREET       395 DIXWELL AVE.
395 DIXWELL AVE.              NORWELL, MA 02061             NEW HAVEN, CT 06511
NEW HAVEN, CT 06511

**YOU ARE HEREBY SUMMONED** and required to serve up on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL W. KENNEDY, ESQ.
101 WEST MAIN STREET
BRANFORD, CT 06405

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

KEVIN F. ROWE                                12-12-03
CLERK                                        DATE

(BY) DEPUTY CLERK

OFFICER'S RETURN

STATE OF CONNECTICUT              :
                                  : SS: NEW HAVEN, January 15, 2004
COUNTY OF NEW HAVEN               :

    Then and there by virtue hereof, I deposited at the Post Office a letter, Certified, Return Receipt Requested, Postage Paid, addressed to the within, CORPORATION SECRETARY, SOURCE ONE FINANCIAL CORP., 183 R Washington Street, Norwell, MA, wherein such letter contained a true and attested copy of the original SUMMONS AND COMPLAINT, with my doings thereon endorsed.

    And, afterwards, on the 16th day of January, 2004, in the City of New Haven, County of New Haven, State of Connecticut, I served the within named, PAULA ANTONUCCI DBA LUDWIGS AUTO SALES, by leaving with and in the hands of ROBERT CLARK, who stated he was PERSON IN CHARGE and authorized to accept service for PAULA ANTONUCCI DBA LUDWIGA AUTO SALES, at 395 Dixwell Avenue, New Haven, Connecticut, a true and attested copy of the original SUMMONS AND COMPLAINT, with my doings thereon endorsed.

    And, afterwards, on the 16th day of January, 2004, in the City of New Haven, County of New Haven, State of Connecticut, I served the within named, LUDWIG'S AUTO SALES, LLC, by leaving with and in the hands of ROBERT CLARK, who stated was PERSON IN CHARGE and authorized to accept service for LUDWIG'S AUTO SALES, LLC, a true and attested copy of the original SUMMONS AND COMPLAINT, with my doings thereon endorsed.

    The within and foregoing is the original SUMMONS AND COMPLAINT, with my doings hereon endorsed.

ATTEST:

NORRIS H. HORTON II
STATE MARSHAL

FEES:
Service         70.00
Travel           2.88
Copies          15.00
Endorsement      1.60
Certified Mail   4.65

Total           94.13