FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CRAIG CONYERS

    Plaintiff,

vs.

LUDWIG'S AUTO SALES, LLC
PAULA ANTONUCCI D/B/A
LUDWIG'S AUTO SALES

SOURCE ONE FINANCIAL CORP.

    Defendants.

CIVIL ACTION NO.
303CV00446AVC

February 16, 2004

## CROSS CLAIM BY DEFENDANT PAULA ANTONUCCI D/B/A LUDWIG'S AUTO SALES AGAINST DEFENDANT SOURCE ONE FINANCIAL CORP.

1. The Defendant, PAULA ANTONUCCI D/B/A LUDWIG'S AUTO SALES is a company with a place of business at 395 Dixwell Avenue, New Haven, Connecticut, 06511.

2. The Defendant, SOURCE ONE FINANCIAL CORP., is authorized to do business in the State of Connecticut by the Secretary of State.

3. SOURCE ONE FINANCIAL CORP., is in the business of providing financing to consumers for the purchase of automobiles.

4. As part of the agreement between cross claim Plaintiff and cross claim Defendant, the cross claim Defendant SOURCE ONE FINANCIAL CORP., prepares all of the documentation including the disclosure statement, itemization of amount financed and retail installment contract for execution by cross claim Plaintiff's customers, so that said customers may obtain a loan from SOURCE ONE FINANCIAL CORP., to purchase an automobile.

5. The Plaintiff in this pending action, applied to cross claim Defendant SOURCE ONE FINANCIAL CORP., for the financing of a 1997 automobile for his use and executed all of the documents provided by SOURCE ONE FINANCIAL CORP., to both cross claim Plaintiff and Plaintiff in order to obtain said loan.

6. Upon execution of the documents by Plaintiff CRAIG CONYERS, the Defendant PAULA ANTONUCCI D/B/A LUDWIG'S AUTO SALES immediately executed an assignment of any of its rights to the retail installment contract to cross claimed Defendant SOURCE ONE FINANCIAL CORP., who in turn issued a check to and for the Plaintiff's CRAIG CONYERS' benefit.

7. Upon issuance of the check to and for the benefit of the Plaintiff, CRAIG CONYERS, the Defendant SOURCE ONE FINANCIAL CORP., improperly charged the Plaintiff, CRAIG CONYERS for additional costs and expenses which costs and expenses were not disclosed by SOURCE ONE FINANCIAL CORP., when it prepared the original retail installment contract, truth and lending statement and associated documents.

8. The actions by the cross claim Defendant SOURCE ONE FINANCIAL CORP., were fraudulent and deceptive.

9. Any loss, damage or otherwise claimed by the Plaintiff, CRAIG CONYERS, against PAULA ANTONUCCI D/B/A LUDWIG'S AUTO SALES arise as a direct and proximate result of the cross claim Defendant SOURCE ONE FINANCIAL CORP.'S improper actions in charging said sums to the Plaintiff CRAIG CONYERS.

10. The cross claim Plaintiff hereby seeks indemnification of all damages, costs, attorney's fees and the like as a result of the cross claim Defendant's fraudulent and deceptive actions in this matter.

11. The cross claim Plaintiff has incurred expenses and damage to it's reputation as a result of the cross claim Defendant's fraudulent and deceptive practices.

WHEREFORE, the plaintiff claims:

1. Money damages;
2. Indemnification from any judgment by the Plaintiff Craig Conyers as and against Paula Antonucci d/b/a Ludwig's Auto Sales;.
3. Cost of suit;
4. Reasonable attorney's fees;.
5. Such other further and equitable relief as the Court deems just or fit.

THE DEFENDANT
PAULA ANTONUCCI dba LUDWIG'S AUTO SALES

BY_____
ALFRED J. ZULLO
The Law Offices of Zullo, Couto & Jacks, LLC
83 Main Street
P.O. Box 120748 East Haven, CT 06512
Federal Juris No.: CT05322
Juris No.: 419171
Telephone: 203-467-1411

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid this day to the following:

Michael W. Kennedy
101 West Main Street
Branford, CT 06405

Source One Financial Corp.
183 R Washington Street
Norwell, MA 02061

_____
Alfred J. Zullo
Commissioner of the Superior Court