UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CRAIG CONYERS

    Plaintiff,

CIVIL ACTION NO.
3:03CV446(AVC)

LUDWIG'S AUTO SALES, LLC

**PAULA ANTONUCCI D/B/A
LUDWIGS AUTO SALES**

**SOURCE ONE FINANCIAL CORP.**

    Defendants.               APRIL 2, 2004

FILED 2004 APR -6 A 10: 07 U.S. DISTRICT COURT HARTFORD, CT.

## MOTION TO AMEND THE SCEDULING ORDER

The plaintiff hereby requests an order of this Court, nunc pro tunc, to amend the current scheduling order. The discovery cut off date was January 1, 2004, plaintiff requests an additional ninety (90) days, until and including July 15, 2004. The dispositive motion cut off date was February 1, 2004, the parties request, thirty (30) days after the close of discovery, until and including August 15, 2004. The joint trial memorandum cut off date was March 1, 2004, the parties request until and including September 15, 2004. This case will be trial ready by October 1, 2004.

In support hereof, the plaintiff requires this additional time to conduct discovery on the new co-defendants. The facts supporting this request are on the face of the record. Plaintiff contacted both defense counsels offices but received no response to my calls. This is plaintiff's first request for an extension of the scheduling order.

ORAL ARGUMENT NOT REQUESTED

                                           THE PLAINTIFF

                                By _____
                                    Michael W. Kennedy, Esq.
                                    101 W. Main Street
                                    Branford, CT 06405
                                    Fed. Juris No.: CT19664
                                    (203) 481-4040

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following parties of record postage prepaid this 2nd day of April 2004:

Alfred J. Zullo, Esq.
P.O. Box 120748
East Haven, CT 06512

Dale Roberson, Esquire
185 West Road
P.O. Box 214
Ellington, CT 06029-0214

_____
Michael W. Kennedy