UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR -6  A 10: 07
U.S. DISTRICT COURT
HARTFORD, CT.

CRAIG CONYERS

        Plaintiff,

V.

                              CIVIL ACTION NO.
                              3:03CV446(AVC)

LUDWIG'S AUTO
SALES, LLC, ET AL

        Defendant.                       APRIL 2, 2004

## MOTION REQUESTING SETTLEMENT CONFERENCE

Plaintiff by this motion requests the clerk to schedule a settlement conference with a District Court Judge or a Magistrate Judge to promote judicial economy for the purpose of early settlement discussions.

                                              THE PLAINTIFF

                                              By_____
                                                 Michael W. Kennedy
                                                 101 W. Main Street
                                                 Branford, CT 06405
                                                 Fed. Juris No.: CT19664
                                                 (203) 481-4040

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following parties of record postage prepaid this 2nd day of April, 2004:

Alfred J. Zullo, Esq.
P.O. Box 120748
East Haven, CT 06512

Dale Roberson, Esquire
185 West Road
P.O. Box 214
Ellington, CT 06029-0214

_____
Michael W. Kennedy