

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR -6 A 10: 07

CRAIG CONYERS

   Plaintiff,

CIVIL ACTION NO.
3:03CV446(AVC)

LUDWIG'S AUTO SALES, LLC

**PAULA ANTONUCCI D/B/A
LUDWIGS AUTO SALES**

**SOURCE ONE FINANCIAL CORP.**

   Defendants.        APRIL 2, 2004

## MOTION TO AMEND THE SCEDULING ORDER

The plaintiff hereby requests an order of this Court, nunc pro tunc, to amend the current scheduling order. The discovery cut off date was January 1, 2004, plaintiff requests an additional ninety (90) days, until and including July 15, 2004. The dispositive motion cut off date was February 1, 2004, the parties request, thirty (30) days after the close of discovery, until and including August 15, 2004. The joint trial memorandum cut off date was March 1, 2004, the parties request until and including September 15, 2004. This case will be trial ready by October 1, 2004.

In support hereof, the plaintiff requires this additional time to conduct discovery

---

3:03CV446(AVC). April 12, 2004. The plaintiff's motion for an extension of time (document no. 21) is GRANTED NUNC PRO TUNC as follows: (1) <u>All</u> discovery, including depositions of <u>all</u> witnesses, shall be completed by July 15, 2004; (2) all motions, except motions <u>in limine</u> incident to a trial, shall be filed on or before August 15, 2004; (3) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on September 15, 2004; and (4) the case shall be ready for trial by November 1, 2004.
SO ORDERED.

   Alfred V. Covello, U.S.D.J.