UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CRAIG CONYERS

        V.                CASE NO. 3:03CV00446(AVC)

LUDWIG'S AUTO SALES, LLC,
PAULA ANTONUCCI d/b/a
LUDWIG'S AUTO SALES and
SOURCE ONE FINANCIAL CORP.

## NOTICE OF DEFAULT

Service of Process having been made, according to the return of process filed herein on defendants as follows:

DEFENDANT/ RETURN OF PROCESS DATE

Source One Financial Corp.        January 15, 2004

In excess of twenty (20) days having passed since service of process as above without the filing of a pleading, as required, Fed.R.Civ.P.12(a), default of defendant is hereby entered pursuant to Fed.R.Civ.P 55(a).

Notice is hereby given that this case will be dismissed as to the above-identified defendant in thirty (30) days pursuant to Fed.R.Civ.P. 41(b) unless default is set aside and a responsive pleading is filed or Plaintiff moves for default judgment.

Dated at Hartford, Connecticut this 14th day of April, 2004.

                                        KEVIN F. ROWE, CLERK

                              BY:    /s/ JW
                                        Jo-Ann Walker
                                        Deputy Clerk