

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 APR -6 A 10: 07

U.S. DISTRICT COURT
HARTFORD, CT.

CRAIG CONYERS

        Plaintiff,

V.

LUDWIG'S AUTO
SALES, LLC, ET AL

        Defendant.

CIVIL ACTION NO.
3:03CV446(AVC)

APRIL 2, 2004

## MOTION REQUESTING SETTLEMENT CONFERENCE

Plaintiff by this motion requests the clerk to schedule a settlement conference with

a District Court Judge or a Magistrate Judge to promote judicial economy for the

purpose of early settlement discussions.

                THE PLAINTIFF

By_____
        Michael W. Kennedy
        101 W. Main Street
        Branford, CT 06405
        Fed. Juris No.: CT19664
        (203) 481-4040

3:03CV446(AVC). April 16, 2004. The plaintiff's motion for a
settlement conference is GRANTED. A settlement conference shall be
held on May 6, 2004 at 2:00 p.m.
SO ORDERED.

        Alfred V. Covello, U.S.D.J.

U.S. DISTRICT COURT
HARTFORD, CT.
2004 APR 16 P 1: 29
FILED