**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

Craig Conyers
    Plaintiff,

APPEARANCE

FILED
2004 APR 16 A 10: 37

vs.                                  CASE NUMBER: U.S.3:03SCV00446-60URT
                                                          HARTFORD, CT.

Ludwigs Auto Sales, LLC
Paula Antonucci d/b/a Ludwigs Auto Sales
Source One Financial Corp. a/k/a Source One Financial Corporation
    Defendants

**To the Clerk of this court and all parties of record:**

    Enter my appearance as counsel in this case for: Source One Financial Corp. a/k/a Source One Financial Corporation

04/12/04
Date

Signature

ct10021
Connecticut Federal Bar Number

Dale C. Roberson
Print Clearly or Type Name

860-872-3000
Telephone Number

185 West Road, P.O. Box 214
Address

860-872-3626
Fax Number

Ellington, CT 06029-0214

dcrlaw@sbcglobal.net
E-mail address

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing Appearance was mailed on this date to the following:

Michael W. Kennedy, Esq.
Kennedy & Kennedy, LLC
1204 Main Street
Branford, CT 06405

Alfred J. Zullo, Esq.
83 Main Street
P.O. Box 120748
East Haven, CT 06512

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001