UNITED STATES DISTRICT COURT

**FILED**

DISTRICT OF CONNECTICUT

CRAIG CONYERS

    Plaintiff,

2004 MAY -3  A 11: 19

CASE NO. 3:03CV446(AVC)

U.S. DISTRICT COURT
HARTFORD, CT.

    V.

LUDWIG'S AUTO SALES, LLC
PAULA ANTONUCCI DBA
LUDWIG'S AUTO SALES and
SOURCE ONE FINANCIAL CORP.

TO:

    SOURCE ONE FINANCIAL CORP.
    (AS CROSS CLAIM DEFENDANT/PAULA ANTONUCCI
    DBA CROSS CLAIM PLAINTIFF

### MOTION TO WITHDRAW APPEARANCE

    Pursuant to Local Rule 7E, Attorney Alfred J. Zullo requests that the court all him to withdraw his appearance from all defendants as well as for the cross claim plaintiff in the above-described matter. The affected parties have indicated that they will be engaging other counsel or will otherwise be filing a pro se appearance. Good cause exists for the permission to withdraw in this matter. A copy of the notice to the defendants is attached hereto and made apart hereof. The return receipt card will be filed with the court under separate cover.

BY
ALFRED J. ZULLO
The Law Offices of Zullo, Couto & Jacks, LLC
83 Main Street
P.O. Box 120748 East Haven, CT 06512
Federal Juris No.: CT05322
Juris No.: 419171
Telephone: 203-467-1411

Alfred V. Covello, U.S.D.J.

**FILED**

2004 MAY 13  A 11: 04

U.S. DISTRICT COURT
HARTFORD, CT.

May 13, 2004.  GR
SO ORDERED.

## ORDER

The foregoing motion having been order it is hereby granted:

GRANTED/DENIED.

_____
JUDGE/CLERK

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid this day to the following:

Michael W. Kennedy
101 West Main Street
Branford, CT 06405

Dale Roberson, Esquire
185 West Road
P.O. Box 214
Ellington CT 06029-0214

Ludwig's Auto Sales, LLC
395 Dixwell Avenue
New Haven, CT 06510

Paula Antonucci
32 Justine Drive
North Haven, CT 06473

_____
Alfred J. Zullo
Commissioner of the Superior Court

*The Law Offices of*

# Zullo, Couto & Jacks, LLC

*(203) 467-1411 • Fax (203) 468-2792*
*83 Main Street • P.O. Box 120748 • East Haven, Connecticut 06512*

Alfred J. Zullo
Tracey Pascale Couto

April 30, 2004

Roseann M. Zullo
*Legal Assistant*

Kenneth McKerley
of Counsel

**SENT VIA: REGULAR MAIL &**
**CERTIFIED/RETURN RECEIPT REQUESTED**

Ludwig's Auto Sales, LLC
395 Dixwell Avenue
New Haven, CT 06510

Gentlemen:

I am writing you this letter to notify you of the following:

1.  The Law Offices of Zullo, Couto & Jacks, LLC is filing the attached motion which seeks this Court's permission to no longer represent you in this matter.

2.  If you wish to be heard, you should contact the Clerk's Office of the District of Hartford to find out the date and time of hearing.

3.  You may appear in Court on that date and address the Court concerning the Motion.

4.  If the Motion to Withdraw is granted, you should either obtain another attorney or file an appearance on your behalf with the Court.

5.  If you do neither, you will not receive notice of Court proceedings in this case and a default judgment may be rendered against you. Law Offices of Zullo, Couto & Jacks, LLC's appearance for you shall be deemed to have been withdrawn upon the granting of this motion without the necessity of filing an appearance.

Very truly yours,

Alfred J. Zullo

AJZ/my

*The Law Offices of*

# Zullo, Couto & Jacks, LLC

*(203) 467-1411 ▫ Fax (203) 468-2792*
*83 Main Street • P.O. Box 120748 • East Haven, Connecticut 06512*

*Alfred J. Zullo*
*Tracey Pascale Couto*

April 30, 2004

*Roseann M. Zullo*
*Legal Assistant*

*Kenneth M. Jacks*
*of Counsel*

**SENT VIA: REGULAR MAIL&**
**CERTIFIED/RETURN RECEIPT REQUESTED**

Paula Antonucci
dba Ludwig's Auto Sales, LLC
32 Justine Drive
North Haven, CT 06473

Dear Paula:

I am writing you this letter to notify you of the following:

1.  The Law Offices of Zullo, Couto & Jacks, LLC is filing the attached motion which seeks this Court's permission to no longer represent you in this matter.

2.  If you wish to be heard, you should contact the Clerk's Office of the District of Hartford to find out the date and time of hearing.

3.  You may appear in Court on that date and address the Court concerning the Motion.

4.  If the Motion to Withdraw is granted, you should either obtain another attorney or file an appearance on your behalf with the Court.

5.  If you do neither, you will not receive notice of Court proceedings in this case and a default judgment may be rendered against you. Law Offices of Zullo, Couto & Jacks, LLC's appearance for you shall be deemed to have been withdrawn upon the granting of this motion without the necessity of filing an appearance.

Very truly yours,

Alfred J. Zullo

AJZ/my