UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CRAIG CONYERS

      Plaintiff.

V.                                               CIVIL ACTION NO.
                                                  3:03CV00446(AVC)

LUDWIG'S AUTO SALES, LLC, ET AL

Defendant.                                  JULY 14, 2004

## REQUEST TO CLERK TO ENTER DEFAULT

    Defendants Ludwig's Auto Sales, LLC and Paula Antonucci d/b/a Ludwig's Auto Sales having failed to appear, and the time for filing an appearance having expired, you are requested to enter a default against said defendant pursuant to rule 55(a) of the Federal Rules of Civil Procedure.

    The facts supporting this request are on the face of the record herein.  This is plaintiff's first motion for default for failure to appear.

                                                THE PLAINTIFF


                                                By_____
                                                Michael W. Kennedy, Esq.
                                                1204 Main Street, No. 275
                                               Branford, CT 06405
                                               Fed. Juris. No.: CT19664
                                               (203) 481-4040

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed this 14th day of July, 2004, postage prepaid to:

Ludwig's Auto Sales, LLC
395 Dixwell Ave.
New Haven, CT 06511

Paula Antonucci d/b/a
Ludwig's Auto Sales
395 Dixwell Ave.
New Haven, CT 06510

Paula Antonucci
32 Justine Drive
North Haven, CT 06473

_____
Michael W. Kennedy