AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

Connecticut

FILED
2004 AUG 20  A 11: 33
U.S. DISTRICT COURT
APPEARANCE D. CT.

Craig Conyers
    Plaintiff

Case Number: 3:03 CV-00446-avc

v.

Ludwigs Auto Sales, LLC
Paula Antonucci dba Ludwigs Auto Sales
Source One Financial Corp. aka Source One Financial Corporation

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for    Ludwigs Auto Sales, LLC
                                                                      Paula Antonucci dba Ludwigs Auto Sales

I certify that I am admitted to practice in this court.

| 8/19/04 | | |
|---|---|---|
| Date | Signature | |
| | Alfred J. Zullo | ct05322 |
| | Print Name | Bar Number |
| | 83 Main Street | |
| | Address | |
| | East Haven, CT    06512 | |
| | City     State     Zip Code | |
| | (203) 467-1411 | (203)468-2792 |
| | Phone Number | Fax Number |

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid this day to the following:

Michael W. Kennedy
101 West Main Street
Branford, CT 06405

Dale C. Roberson
185 West Road
P.O. Box 214
Ellington, CT 06029-0214

_____
Alfred J. Zullo
Commissioner of the Superior Court