FILED
2004 SEP 13 A 11: 20
DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CRAIG CONYERS

    Plaintiff,

CASE NO.: 3:03CV446(AVC)

V.

LUDWIG'S AUTO SALES, LLC
PAULA ANTONUCCI DBA
LUDWIG'S AUTO SALES and
SOURCE ONE FINANCIAL CORP.

## MOTION TO SET ASIDE DEFAULT

The Defendants LUDWIG'S AUTO SALES, LLC and PAULA ANTONUCCI DBA LUDWIG'S AUTO SALES hereby object to the entry of default in this matter. Defendants are of the impression that settlement funds have been accepted by the Plaintiff in this matter directly from Source One Financial Corp., which were to resolve Plaintiff's claims against all parties. An appearance of counsel has been previously submitted.

BY _____
ALFRED J. ZULLO
The Law Offices of Zullo, Couto & Jacks, LLC
83 Main Street
P.O. Box 120748 East Haven, CT 06512
Federal Juris No.: CT05322
Juris No.: 419171
Telephone: 203-467-1411

## ORDER

The foregoing motion having been order it is hereby granted:

GRANTED/DENIED.

_____
JUDGE/CLERK

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid this day to the following:

Michael W. Kennedy
101 West Main Street
Branford, CT 06405

Dale Roberson, Esquire
185 West Road
P.O. Box 214
Ellington CT 06029-0214

_____
Alfred J. Zullo
Commissioner of the Superior Court