UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**CRAIG CONYERS**

    Plaintiff,

CASE NO.: 3:03CV446(AVC)

V.

**LUDWIG'S AUTO SALES, LLC**
**PAULA ANTONUCCI DBA**
**LUDWIG'S AUTO SALES and**
**SOURCE ONE FINANCIAL CORP.**

## MOTION TO SET ASIDE DEFAULT

The Defendants LUDWIG'S AUTO SALES, LLC and PAULA ANTONUCCI DBA LUDWIG'S AUTO SALES hereby object to the entry of default in this matter.

Defendants are of the impression that settlement funds have been accepted by the

---

3:03CV446(AVC). September 23, 2004. This is an action for declaratory judgment, damages, and injunctive relief arising out of alleged violations of the Connecticut Truth-in-Lending Act, Conn. Gen. Stat. § 36a-676 et seq., and 15 U.S.C. §1601, et seq. On July 15, 2004, the plaintiff filed a motion requesting the clerk to enter default against defendants Ludwig's Auto Sales, LLC and Paula Antonucci d/b/a Ludwig's Auto Sales. On July 23, 2004, the clerk entered default against Ludwig's Auto Sales, LLC and Paula Antonucci d/b/a Ludwig's Auto Sales pursuant to Fed. R. Civ. P. 55(a). On August 8, 2004, counsel for Ludwig's Auto Sales and Antonucci filed an appearance with the court. On September 13, 2004, Ludwig's Auto Sales, LLC and Antonucci filed the within motion (document no.35) to set aside entry of default stating that the defendants "are of the impression that settlement funds have been accepted by the Plaintiff in this matter directly from Source One Financial Corp., which were to resolve Plaintiff's claims against all parties" and that "[a]n appearance of counsel has been previously submitted." Fed. R. Civ. P. 55(c) states: "For good cause shown the court may set aside an entry of default." Finding good cause, the court GRANTS the motion (document no.35) to set aside the July 23, 2004 entry of default against Ludwig's Auto Sales, LLC and Paula Antonucci d/b/a Ludwig's Auto Sales.

Alfred V. Covello, U.S.D.J.