UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CRAIG CONYERS | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 303-CV-00446-AVC |
| | ) | |
| vs. | ) | |
| | ) | |
| LUDWIG'S AUTO SALES, LLC | ) | |
| PAULA ANTONUCCI D/B/A | ) | |
| LUDWIG'S AUTO SALES | ) | |
| SOURCE ONE FINANCIAL CORP. | ) | |
| | ) | |
| Defendants | ) | |
| | ) | September 29, 2004 |

### ANSWER TO CROSS CLAIM OF DEFENDANT, PAULA ANTONUCCI D/B/A LUDWIG'S AUTO SALES AGAINST DEFENDANT SOURCE ONE FINANCIAL CORP.

1.   The Cross Claim Defendant admits the allegations contained in paragraphs 1, 2 and 3.

2.   The Cross Claim Defendant denies the allegations contained in paragraph 8.

3.   As to paragraphs 4, 5, 6, 7, 9, 10 and 11, the Cross Claim Defendant pleads that it lacks sufficient knowledge and information upon which to form a belief and therefore leaves the Cross Claim Plaintiff to its burden of proof.

DEFENDANT,
SOURCE ONE FINANCIAL CORP.

_____
Dale C. Roberson (ct1002)
**Mailing Address for Requested Service of All Papers**
LAW OFFICE OF DALE C. ROBERSON, LLC
185 West Road
P.O. Box 214
Ellington, CT 06029-0214
Phone: (860) 872-3000
Facsimile: (860) 872-3626
Its Attorney

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| CRAIG CONYERS ) | |
| ) | |
| Plaintiff, ) | Case No.: 303-CV-00446-AVC |
| ) | |
| vs. ) | |
| ) | |
| LUDWIG'S AUTO SALES, LLC ) | |
| PAULA ANTONUCCI D/B/A ) | |
| LUDWIG'S AUTO SALES ) | |
| SOURCE ONE FINANCIAL CORP. ) | |
| ) | |
| Defendants ) | |
| ) | September 29, 2004 |

## SPECIAL DEFENSES

1. Loan paperwork was prepared by the Cross Claim Plaintiff and forwarded to the Cross Claim Defendant for its review and acceptance, if at all.

2. If loan documentation was improperly prepared, as alleged by Cross Claim Plaintiff, it was based upon the representations of the Cross Claim Plaintiff to the Cross Claim Defendant.

          DEFENDANT,
          SOURCE ONE FINANCIAL CORP.

          Dale C. Roberson (ct1002)
          **Mailing Address for Requested Service of All Papers**
          LAW OFFICE OF DALE C. ROBERSON, LLC
          185 West Road
          P.O. Box 214
          Ellington, CT 06029-0214
          Phone: (860) 872-3000
          Facsimile: (860) 872-3626
          Its Attorney

**CERTIFICATION**

    This is to certify that a copy of the foregoing was forwarded via facsimile on this 29th day of September, 2004, to the parties of record, as follows:

Michael W. Kennedy
101 West Main Street
Branford, CT 06405
Via facsimile only: 203-481-7634

Alfred J. Zullo, Esq.
The Law Offices of Zullo, Couto & Jacks, LLC
83 Main Street, P.O. Box 120748
East Haven, CT 06512
Via facsimile only: 203-468-2792

_____
Dale C. Roberson
Commissioner of the Superior Court

z:\Source One Def Suites\Fed Suits\Craig Conyers vs\Answer