# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Craig Conyers  **APPEARANCE**
    Plaintiff,

vs.  **CASE NUMBER:** 3:03-cv-00446-avc

Ludwigs Auto Sales, LLC
Paula Antonucci d/b/a Ludwigs Auto Sales
Source One Financial Corp. a/k/a Source One Financial Corporation
    Defendants

**To the Clerk of this court and all parties of record:**

    **Enter my appearance as counsel in this case for:** Source One Financial Corp. a/k/a Source One Financial Corporation

| | |
|---|---|
| 10/07/04 | |
| Date | Signature |
| ct418139 | Brenda L. Serra |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| 860-872-3000 | 185 West Road, P.O. Box 214 |
| Telephone Number | Address |
| 860-872-3626 | Ellington, CT 06029-0214 |
| Fax Number | |
| dcrlaw@sbcglobal.net | |
| E-mail address | |

## CERTIFICATE OF SERVICE

**This is to certify that the foregoing Appearance was mailed on this date to the following:**

Michael W. Kennedy, Esq.       Alfred J. Zullo, Esq.
101 West Main Street       83 Main Street
Branford, CT 06405       P.O. Box 120748
     East Haven, CT 06512

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)
Appearance.frm.Jan.2001