UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CRAIG CONYERS

       V.                                                  CASE NO. 3:03CV00446(AVC)

LUDWIG'S AUTO SALES, LLC,
PAULA ANTONUCCI d/b/a
LUDWIG'S AUTO SALES and
SOURCE ONE FINANCIAL CORP.

<u>NOTICE TO COUNSEL</u>

The above-entitled case was reported to the Court to be settled on November 5, 2004. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on <u>December 5, 2004</u> unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut, this 9th day of November, 2004.

                                                                     KEVIN F. ROWE, Clerk

                                          By:   /s/ JW
                                                   Jo-Ann Walker
                                                   Deputy Clerk