UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CRAIG CONYERS

        V.                          CASE NO. 3:03CV00446(AVC)

LUDWIG'S AUTO SALES, LLC,
PAULA ANTONUCCI d/b/a
LUDWIG'S AUTO SALES and
SOURCE ONE FINANCIAL CORP.

## JUDGMENT

This action having been commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

Counsel of record having reported to the Court on November 5, 2004 that the above-entitled case had been settled, and no closing papers having been filed to date; it is hereby

ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, this 8th day of December, 2004.

                                KEVIN F. ROWE, Clerk

                                By:    /s/ JW
                                      Jo-Ann Walker
                                      Deputy Clerk

EOD: _____